# NINTH CIRCUIT COURT OF APPEALS

## May 09, 2025 - 10:50 AM

## Transmittal Information

**Filed with Court:** Supreme Court
**Appellate Court Case Number:** Case Initiation

**The following documents have been uploaded:**

- 23-35496_9th_circuit_record.pdf
    This File Contains:
     Federal Court Order Certifying Question to Supreme Court

**A copy of the uploaded files will be sent to:**

- che@hattislaw.com
- mbrooks@beneschlaw.com

**Comments:**

File includes certified question, docket report, opening brief, excerpts of record, answering brief, reply brief

---

Sender Name: Materials Unit -

 Address:
95 Seventh St.
San Francisco, CA, 94103

**Note: The Filing Id is 20250509104647SC698440**