RECEIVED
JUN 09 2025
Office of the Clerk
U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
Seattle Divisional Office

FILED
SUPREME COURT
STATE OF WASHINGTON
6/5/2025
BY SARAH R. PENDLETON
CLERK

# THE SUPREME COURT OF WASHINGTON

23-35496

| | | |
|---|---|---|
| SHAWNNA MONTES, | ) | No. 104162-4 |
| Plaintiff - Appellant, | ) | ORDER |
| v. | ) | U.S. Court of Appeals for the Ninth Circuit No. 23-35496 |
| SPARC GROUP, LLC, | ) | |
| Defendant - Appellee. | ) | |

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JUN 10 2025
FILED____
DOCKETED____
DATE        INITIAL

This case came before the Court on its June 4, 2025, En Banc Conference to consider the order certifying question to the Washington Supreme Court entered on May 9, 2025, by the U.S. Court of Appeals for the Ninth Circuit. The Court unanimously voted to enter the following order:

Now, therefore, it is hereby

ORDERED:

That the Court accepts the federal certified question for consideration. The federal court's phrasing of the certified question does not restrict the Court's consideration of the issues involved and the Court may reformulate the question as it sees fit. This case will be set for oral argument by the Clerk in due course.

DATED at Olympia, Washington this 5th day of June, 2025.

For the Court

_____
CHIEF JUSTICE